1  WILKE FLEURY LLP
   DANIEL J. FOSTER (SBN 238012)
2  dfoster@wilkefleury.com
   ISLAM M. AHMAD (SBN 302322)
3  iahmad@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California 95814
   Telephone:   (916) 441-2430
5  Facsimile:   (916) 442-6664

6  Attorneys for DEFENDANT SIERRA PACIFIC
   MORTGAGE, INC.
7

8                UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| TAUNYA DONAHOE and CURTIS DONAHOE, individually and behalf of all others similarly situated, | Case No. 1:20-CV-01827 |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | **[Local Rule 144]** |
| SIERRA PACIFIC MORTGAGE, INC.; and DOES 1-10, INCLUSIVE, | |
| Defendant. | |

Plaintiffs TAUNYA DONAHOE and CURTIS DONAHOE, on the one hand, and Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC., on the other hand, HEREBY STIPULATE AND AGREE that Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. may have until April 28, 2021 to file a responsive pleading to Plaintiffs' Complaint. The parties intend to meet and confer regarding a potential motion to dismiss and to strike pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), Rule 12(f), and Rule 23(d)(1)(D), and engage in settlement negotiations.

This is the second stipulation for an extension of time between the parties. Accordingly, pursuant to Local Rule 144(a), approval of this stipulation is required by the Court.

/ / /

/ / /

///

| | | |
|---|---|---|
| 1 | DATED: March 24, 2021 | WILKE FLEURY LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ISLAM M. AHMAD |
| 5 | | Attorneys for Defendant, SIERRA PACIFIC MORTGAGE COMPANY, INC. |
| 6 | | |
| 7 | DATED: March 24, 2021 | LAW OFFFICES OF TODD M. FRIEDMAN, P.C. |
| 8 | | |
| 9 | | By: *Todd M. Friedman* |
| 10 | | TODD M. FRIEDMAN |
| 11 | | Attorneys for TAUNYA DONAHOE and CURTIS DONAHOE |

### **ORDER**

The Court notes that on February 24, 2021, the parties filed a stipulation to extend the deadline for the defense to file its responsive pleading because they "intend[ed] to meet and confer regarding a potential motion to dismiss" since February 24, 2021, (Doc. 7 at 1)  Once again, they file a similar stipulation indicating, again, that they "intend[ed] to meet and confer regarding a potential motion to dismiss" though now they say they want to talk about settlement (Doc.  9 at 1). The parties provide no explanation why they could not discuss these matters in the last month or why they think that they can do so within the upcoming month. The Court will grant this stipulation but **will not** again grant such an extension.   Thus, the defendant **SHALL** file its responsive pleading **no later than April 28, 2021**.

IT IS SO ORDERED.

Dated:   **March 24, 2021**            **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE