1  WILKE FLEURY LLP
   DANIEL J. FOSTER (SBN 238012)
2  dfoster@wilkefleury.com
   ISLAM M. AHMAD (SBN 302322)
3  iahmad@wilkefleury.com
   400 Capitol Mall, Twenty-Second Floor
4  Sacramento, California 95814
   Telephone:    (916) 441-2430
5  Facsimile:    (916) 442-6664

6  Attorneys for DEFENDANT SIERRA PACIFIC
   MORTGAGE, INC.
7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 | TAUNYA DONAHOE and CURTIS DONAHOE, individually and behalf of all others similarly situated, | Case No. 1:20-CV-01827 |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | **(Doc. 11)** |
| SIERRA PACIFIC MORTGAGE, INC.; and DOES 1-10, INCLUSIVE, | |
| Defendant. | |

18    Plaintiffs TAUNYA DONAHOE and CURTIS DONAHOE ("Plaintiffs"), on the one hand,

19 and Defendant SIERRA PACIFIC MORTGAGE COMPANY, INC. ("Defendant"), on the other

20 hand, HEREBY STIPULATE AND AGREE that Defendant may have until May 28, 2021 to file a

21 responsive pleading to Plaintiffs' Complaint.

22    Furthermore, Plaintiffs, on the one hand, and Defendant, on the other hand, HEREBY

23 STIPULATE AND AGREE to postpone the initial disclosures and discovery plan pursuant to

24 Federal Rules of Civil Procedures Rule 26 until June 15, 2021.

25    In light of the recent United States Supreme Court decision in *Facebook, Inc. v. Duguid*

26 (2021) ___U.S.___ [28 Fla.L.Weekly Fed.S. 721, new case law is appliable to this action that

27 potentially impacts its merits and the ongoing settlement negotiations. *Duguid* is significant because

28 it addressed the issue of what makes a device an automatic telephone dialing system ("ATDS").

WILKE FLEURY LLP
ATTORNEYS AT LAW
SACRAMENTO

2746401.1

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER COMPLAINT

Usage of an ATDS is a necessary element for a claim under the Telephone Consumer Protection Act. The parties intend to meet and confer regarding the impact of *Duguid*, its effect on the potential motion to dismiss and to strike pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), Rule 12(f), and Rule 23(d)(1)(D), and continue engaging in settlement negotiations.

This is the third stipulation for an extension of time between the parties. Accordingly, pursuant to Local Rule 144(a), approval of this stipulation is required by the Court.

DATED: April 16, 2021            WILKE FLEURY LLP

By: _____
ISLAM M. AHMAD
Attorneys for Defendant, SIERRA PACIFIC MORTGAGE COMPANY, INC.

DATED: April 16, 2021            LAW OFFFICES OF TODD M. FRIEDMAN, P.C.

By: *Todd M. Friedman*
TODD M. FRIEDMAN
Attorneys for TAUNYA DONAHOE and CURTIS DONAHOE

## **ORDER**

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The defendant SHALL file the responsive pleading no later than May 28, 2021;

2. The scheduling conference is CONTINUED to July 13, 2021 at 9:00 a.m.

This is the second stipulation the Court has granted (Doc. 10) and the third time the parties have extended the deadline for the responsive pleading. Thus, the Court does not anticipate granting any further extensions of time.

IT IS SO ORDERED.

Dated:   **April 17, 2021**            _____ /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE