1  Todd M. Friedman (SBN 216752)
   Todd M. Friedman (SBN 280332)
2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
   Woodland Hills, CA 91367
4  Phone: 877-206-4741
5  Fax: 866-633-0228
   tfriedman@toddflaw.com
6  abacon@toddflaw.com
7  Attorneys for Plaintiff

8

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUNYA DONAHOE and CURTIS DONAHOE, individually and behalf of all others similarly situated, Plaintiffs, | Case No. |
| | 1:20-cv-01827-NONE-JLT |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |
| SIERRA PACIFIC MORTGAGE, INC. and DOES 1-10, inclusive, Defendant. | |

NOW COMES THE PLAINTIFFs by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class.  No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P.

Respectfully submitted this 27th Day of May, 2021,

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney for Plaintiff

1

2

3

## **CERTIFICATE OF SERVICE**

Filed electronically on May 27, 2021, with:

4

United States District Court CM/ECF system

5

Notification sent electronically on May 27, 2021, to:

6

7

To the Honorable Court, all parties and their Counsel of Record

8

9

By: s/Todd M. Friedman Esq.

Todd M. Friedman

10

Attorney for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28