| | |
|---|---|
| TAUNYA DONAHOE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SIERRA PACIFIC MORTGAGE COMPANY, INC., et al.,<br><br>    Defendants. | Case No. 1:20-cv-01827 NONE JLT<br><br>**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE**<br><br>**(Doc. 13)** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The plaintiffs have notified the Court that they wish to dismiss this case with prejudice as to the named plaintiffs and without prejudice to the class. (Doc. 13) Thus, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

    Dated: __**July 9, 2021**__                _____ **/s/ Jennifer L. Thurston**
                                                                 CHIEF UNITED STATES MAGISTRATE JUDGE